**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2018-CA-1641

Frederick A. Stolzle, Jr.

- - Versus - -

Tony Clayton

19th Judicial District Court
Case #: 664933
East Baton Rouge Parish

On Application for Rehearing filed 07/25/2019 by Frederick A. Stolzle, Jr.

Rehearing _Denied_

_Vanessa Guidry Whipple_
Vanessa Guidry Whipple

_Page McClendon_
Page McClendon

_Toni Manning Higginbotham_
Toni Manning Higginbotham

Date SEP 2 5 2019

_Peggy J. Landry_
Rodd Naquin, Clerk